UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— x
ROBERT LOWINGER, Individually and On  :   Case No. 06-CV-5873
Behalf of All others Similarly Situated,  :
                                                                          :
                          Plaintiff,                          :
                                                                          :
vs.                                                                   :
                                                                          :
RECKSON ASSOCIATES REALTY CORP., :
SL GREEN REALTY CORP., MARATHON :
ASSET MANAGEMENT, LLC, NEW        :
VENTURE MRE LLC, JASON BARNETT, :
SCOTT H. RECHLER, MICHAEL MATURO, :
DOUGLAS CROCKER II, ELIZABETH   :
MCCAUL, RONALD H. MENAKER, PETER :
QUICK, LEWIS S. RANIERI, JOHN F.      :
RUFFLE, and STANLEY STEINBERG,   :
                                                                          :
                          Defendants.                  :
————————————————————— x

**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Lowinger hereby voluntarily dismisses the above-captioned action. Voluntary dismissal is permitted as none of the adverse parties have yet either filed an answer or a motion for summary judgment in this action.

DATED: November 10, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
ROBERT M. ROTHMAN (RR-6090)
EVAN J. KAUFMAN (EK-8042)

/s/ Evan J. Kaufman
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JEFFREY S. ABRAHAM
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

JASPAN SCHLESINGER HOFFMAN LLP
STEVEN R. SCHLESINGER
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
Telephone: 516/746-8000
516/393-8282 (fax)

*Attorneys for Plaintiff*

\* \* \*

## ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the claims of plaintiff Robert Lowinger in this action are dismissed without prejudice.

IT IS SO ORDERED.

DATED: 11/13/06

THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, I electronically filed the foregoing **Notice of Voluntary Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP


        s/Evan J. Kaufman
        EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: Ekaufman@lerachlaw.com

# Mailing Information for a Case 2:06-cv-05971-JFB-AKT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ben M. Germana**
  bmgermana@wlrk.com

- **Matthew M. Houston**
  mhouston@whesq.com tsawchuk@whesq.com

- **John G. Hutchinson**
  jhutchinson@sidley.com

- **Robert B. Mazur**
  rbmazur@wlrk.com

- **Mark S. Mulholland**
  mmulholland@rmfpc.com

- **Robert M. Rothman**
  rrothman@lerachlaw.com

- **Samuel H. Rudman**
  srudman@cauleygeller.com

- **Steven R. Schlesinger**
  sschlesinger@jshllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

John Joseph Lavelle
Sidley  Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
```